NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES D. FULBRIGHT,**
*Plaintiff- Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5021

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-465 Judge Christine O.C. Miller.

---

**ON MOTION**

---

**ORDER**

James D. Fulbright moves for reconsideration of the court's order dismissing his appeal for failure to prosecute this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, only if Fulbright files his opening brief within 21 days of the date of filing of this order. No further extensions will be granted.

FOR THE COURT

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael D.J. Eisenberg, Esq.
     Douglas G. Edelschick, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK